

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **STEVE STAVRIDIS**<br>Senior Counsel<br>Phone: (212) 356-2687<br>Fax: (212) 356-3508<br>sstavrid@law.nyc.gov |

July 10, 2024

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    <u>Creighton v. Dym et al.</u>
                      23-cv-04002 (JMF)

Your Honor:

      I am an Assistant Corporation in the New York City Law Department representing defendants in the referenced matter. I write respectfully to request an adjournment of the status conference scheduled for Friday, July 12, 2024 to August 9, 2024, or such other date convenient to the Court. Plaintiff's counsel consents to the extension.

      The extension is requested because I am leaving the Law Department effective July 12, 2024 to attend to personal matters that have arisen. The extension will allow time for my replacement to familiarize himself with this case as well as to continue with on-going settlement discussion being had in this matter with plaintiff's counsel.

      Accordingly, it is respectfully requested that that the Court grant the instant request for an adjournment from Friday, July 12, 2024 to August 9, 2024, or such other date convenient to the Court.

      I thank the Court for its consideration of the foregoing.

                                                        Respectfully submitted,

                                                        *s/ Steve Stavridis*

Steve Stavridis
Senior Counsel

cc:   All counsel of record (by E.C.F.)

THE CONFERENCE IS ADJOURNED
TO AUGUST 9, 2024.

SO ORDERED:

*/s/ Alvin K. Hellerstein*

ALVIN K. HELLERSTEIN, U.S.D.J.
7-11-24