

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 10-29-24

**THE CITY C**
**LAW DEI**
100 CHUR
NEW YOR

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

inshapov@law.nyc.gov

October 23, 2024

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>Tyrone Creighton v. Dym, et al.</u>,
      23 Civ. 4002 (AKH)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Carlos Gomez, and Eric Dym ("defendants") in the above-referenced matter. I write on behalf of all of the parties to respectfully inform the Court that the parties have reached a settlement in principle in this case.

      In light of the settlement of this matter, the parties respectfully request that all deadlines and conferences, including the telephone conference scheduled for November 1, 2024 in this matter, be adjourned *sine die*. The parties will submit an executed Stipulation and Order of Dismissal upon completion of the settlement paperwork.

      The parties thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division